**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Zachary T. Chrzan (SBN 329159)
zchrzan@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE WINKELBAUER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ALBERTSONS COMPANIES, INC., a Delaware corporation, and BETTER LIVING BRANDS LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 2:22-cv-04206-DMG-JPR <br><br> **CLASS ACTION** <br><br> Honorable Dolly M. Gee <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE TO NAMED PLAINTIFF AND WITHOUT PREJUDICE TO ABSENT CLASS MEMBERS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** <br><br> Complaint Filed:  June 17, 2022 <br> FAC Filed:          November 2, 2022 |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Shane Winkelbauer, by and through his counsel Ryan J. Clarkson and Zachary T. Chrzan of Clarkson Law Firm, P.C., hereby voluntarily dismisses his individual claims with prejudice, and the putative claims of proposed class members without prejudice.

DATED: January 31, 2023                    **CLARKSON LAW FIRM, P.C.**

　

　　　　　　　　　　　　　　　　　　　　/s/ Zachary T. Chrzan
　　　　　　　　　　　　　　　　　　　　Ryan J. Clarkson, Esq.
　　　　　　　　　　　　　　　　　　　　Zachary T. Chrzan, Esq.

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*